```
UNITED STATES DISTRICT COURT                          Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBIN ROCK

                            Plaintiff,
                                                      ORDER OF REFERENCE
        - against -                                   TO A MAGISTRATE JUDGE

RYE NECK UNION FREE SCHOOL DISTRICT                   08 Civ. 4976 (CLB)(MDF)

                            Defendant.
-----------------------------------------------------------------X
```

The above entitled action is referred to the Hon. _____, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Consent under 28 U.S.C.§636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Settlement*

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

\_X\_ All Purposes

Particular Motion:_____

All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
       June 4, 2008

_Charles L. Brieant_
United States District Judge